1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

CENTRAL DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | Case No. CV 07-3654-GW |
| Plaintiff, ) | AMENDMENT TO FINAL |
| ) | JUDGMENT (#474) |
| vs. ) | |
| ) | |
| BURNLOUNGE, INC., a ) | |
| corporation: JUAN ALEXANDER ) | |
| ARNOLD, an individual; JOHN ) | |
| TAYLOR, an individual; ROB ) | |
| DeBoer, an individual; and SCOTT ) | |
| ELLIOTT, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

10

11

12

13

14

15

16

17     On March 1, 2012, this Court entered its "Amended Final Judgment"

18  (Docket No. 474) (the "Amended Final Judgment"), which such Amended Final

19  Judgment was appealed to the United States Court of Appeals for the Ninth Circuit;

20     On June 2, 2014, the Ninth Circuit issued an unpublished memorandum

21  opinion in which, *inter alia*, certain issues were remanded to this Court for further

22  consideration (the "Remanded Issues") (Docket No. 555, at pp. 28-35);

23     This Court, after considering the parties' respective positions and contentions

24  regarding the Remanded Issues, entered an Order dated September 22, 2014

25  (Docket No. 567) (the "Order on Remanded Issues");

26

27

28

Based on the record established in this matter and for reasons set forth in the Order on Remanded Issues, it is hereby ORDERED, ADJUDGED AND DECREED, as follows:

1.  The Amended Final Judgment (Docket No. 474), which is attached as Attachment A, shall remain in full force and effect, except as expressly superseded, altered, or modified herein.

2.  Page 8, lines 5-7 of the Amended Final Judgment is modified so that the number "sixteen million two hundred forty-five thousand seven hundred ninety-nine dollars and seventy cents ($16,245,799.70)" is deleted and, in its place, replaced with "sixteen million two hundred forty six thousand nine hundred and fifteen dollars and seventy five cents ($16,246,915.75)" as the amount of the monetary award as against Defendants BurnLounge and Arnold, jointly and severally.

3.  Page 9, lines 2-3 of the Amended Final Judgment is modified so that the number "one hundred fifty thousand dollars ($150,000.00)" is deleted and, in its place, replaced with "nine hundred and eight thousand two hundred and sixty three dollars and fifty cents ($908,263.50)" as the amount of the monetary award as against Defendant DeBoer.

DATED:  October 21, 2014

_____
Hon. George H. Wu
United States District Judge